IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN RAMOS, | § | No. 1:23-CV-0985-DAE |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
|     Defendant. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal filed by Plaintiff John Ramos and Defendant Midland Credit Management filed on January 31, 2024. (Dkt. # 36.) The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiff against Defendant in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, February 2, 2024.

_____
David Alan Ezra
Senior United States District Judge

1